**In the Matter of John William MORRIS.**

**No. 351 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 5, 1998.

*ORDER*

PER CURIAM:

AND NOW, this 5th day of May, 1998, John William Morris having been disbarred from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated December 2, 1997; the said John William Morris having been directed on February 26, 1998, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that John William Morris is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

**In re Nomination Petition of Tom LINGENFELTER as Republican Candidate for the Office of State Senator for the 10th District of the Commonwealth of Pennsylvania, Brad M. Jackson, William F. Mabon and Patricia L. Bachtle.**

**Appeal of Tom LINGENFELTER.**

Supreme Court of Pennsylvania.

Submitted April 27, 1998.

Decided May 14, 1998.

PER CURIAM.

*ORDER*

AND NOW, this 14th day of May, 1998, the Order of the Commonwealth Court is AFFIRMED. *See In re Johnson,* 509 Pa. 347, 502 A.2d 142 (1985).

**WALDMAN'S MEATS, INC., Petitioner,**

v.

**Carl A. NOCERA, Respondent.**

Supreme Court of Pennsylvania.

May 15, 1998.

Phillip L. Clark, Jr., for petitioner.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Superior Court is **REVERSED** and the matter is **REMANDED** to the Court of Common Pleas of Lawrence County consistent with this Court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (Pa.1998), *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (Pa. 1998) and *Shope v. Eagle,* —— Pa. ——, 710 A.2d 1104 (Pa.1998).